# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GERALD S. LEESEBERG, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 08-926-GMS ) ) |
| vs. | ) ) |
| CONVERTED ORGANICS INC., | ) ) |
| Defendant. | ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 27th day of December, 2010, counsel for Plaintiff Gerald Leeseberg served copies of *Expert Report of R. Alan Miller* upon counsel for Defendant Converted Organics in the manner indicated below:

<u>**VIA E-Mail and U.S. Mail**</u>

John M. Seaman, Esquire
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807

<u>**VIA E-Mail and U.S. Mail**</u>

Jose M. Umbert, Esquire
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94101

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (No. 3569)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
 Attorney for Plaintiff