# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERALD S. LEESEBERG,  )<br>  )<br>            Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CONVERTED ORGANICS INC.,  )<br>  )<br>            Defendant.  )<br>  ) | Civil Action No. 08-926-GMS |

## CONVERTED ORGANICS INC.'S AMENDED NOTICE OF DEPOSITION OF R. ALAN MILLER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Converted Organics Inc., through its undersigned counsel, will take the deposition upon oral examination of R. Alan Miller. The deposition will commence on February 8, 2011, at 9:30 a.m. before a notary public or other officer authorized to administer oaths, at the offices of Merrill Corporation, 2000 Market Street, Suite 760, Philadelphia, PA 19103. The deposition will be recorded by stenographic means. The deposition will continue from business day to business day until completed.

| | |
|---|---|
| Of Counsel:<br><br>Daniel S. Mason<br>José M. Umbert<br>ZELLE HOFMANN VOELBEL &<br>  MASON LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 693-0700<br>Facsimile: (415) 693-0770<br>dmason@zelle.com<br>jumbert@zelle.com<br><br>DATED: February 3, 2011 | /s/ John M. Seaman<br>Kevin G. Abrams (# 2375)<br>John M. Seaman (# 3868)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>Telephone: (302) 778-1000<br>Facsimile: (302) 778-1001<br>Abrams@AbramsBayliss.com<br>Seaman@AbramsBayliss.com<br><br>*Counsel for Defendant*<br>*Converted Organics Inc.* |

{A&B-00167145-}

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2011, I electronically filed the foregoing *Converted Organics, Inc.'s Amended Notice of Deposition of R. Alan Miller* with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

I also certify that on February 3, 2011, I caused to be served true and correct copies of the foregoing on the following in the manner indicated below:

**VIA EMAIL AND**
**HAND DELIVERY**
Jeffrey S. Goddess
P. Bradford deLeeuw
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899
jgoddess@ rmgglaw.com
bdeleeuw@rmgglaw.com

**VIA EMAIL AND**
**1ST CLASS U.S. MAIL**
Joseph V. McBride
RABIN & PECKEL LLP
317 Madison Avenue, 21st Floor
New York, NY 10017
JMcBride@RabinPeckel.com

    */s/ John M. Seaman*
John M. Seaman (#3868)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Telephone:  (302) 778-1000
Facsimile:  (302) 778-1001
Seaman@AbramsBayliss.com